```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED. 2-20-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

THOMAS DeCASTRO and              :     No. 06-CV-15193 (RCC)
CRAIG A. TAYLOR,
                  Plaintiffs,     :

        -against-                 :     **NOTICE OF**
                                              **DISMISSAL**
IVG ENERGY, LTD.,                :     **WITH PREJUDICE**

                  Defendant.      :
-------------------------------------------------------------- x

      Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, through their undersigned counsel, hereby stipulate and agree to its dismissal with prejudice and without costs to either party.

Dated:  New York, New York
           February 20, 2007

                                            LAW OFFICES OF THOMAS M. MULLANEY

                                            By: _____
                                                Thomas M. Mullaney (TM-4274)

                                            708 Third Avenue, Suite 2500
                                            New York, New York 10017
                                            Tel.: (212) 223-0800

                                            Attorneys for Plaintiffs
                                            Thomas DeCastro and Craig A. Taylor

                                            - and -

NY-507082 v1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: _____
David S. Versfelt (DV-8935)

599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-3900

Attorneys for Defendant
IVG Energy, Ltd.

SO ORDERED on this 2 day of ~~February~~ March 2007:

_____
United States District Judge

2